IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**DAVID MCBRIDE,**

    Plaintiff,

v.

**AXIUM FOODS, INC.,**

    Defendant.

No. 2021 CV 50202

## PLAINTIFF'S STIPULATION TO DISMISS

NOW COMES, the Plaintiff, David McBride by and through his attorney Rene Hernandez, and bringing forth this Stipulation to Dismiss, and in support of states as follows:

1. The parties have resolved this matter between themselves and now ask this court to dismiss this matter with prejudice.

2. This Court should order this case dismissed with prejudice, with each party responsible for their own costs.

WHEREFORE, the Plaintiff prays this Honorable Court dismiss this matter with prejudice with each party responsible for their own costs

Respectfully submitted,
David McBride, Plaintiff,

By:/s/ Rene Hernandez
Rene Hernandez
Law Office of Rene Hernandez,P.C.
1625 East State Street
Rockford, Il 61104

Axium Foods, Inc., Defendant,

By: /s/ William Warmouth
William Warmouth
Warmouth Law, P.C.
17 North Wabash Avenue, Suite 650
Chicago, IL 60602